UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DOTTIE BECK, | : | Case No. C-1-00-373 |
| | : | |
| Plaintiff, | : | (Judge Weber) |
| | : | |
| vs. | : | |
| | : | **ORDER GRANTING FRCP 60 (b)** |
| BEVERLY WEST, et al. | : | **MOTION, REOPENING CASE, AND** |
| | : | **ENTERING "SETTLEMENT** |
| Defendants. | : | **AGREEMENT AND PERMANENT** |
| | : | **INJUNCTION"** |

This matter came on pursuant to Motion by Plaintiff, under FRCP 60(b) for relief from this Court's September 10, 2002 "Order," and requesting the entry of the attached Settlement Agreement and Permanent Injunction.

The Court being fully advised in the premises finds said Motion to be well taken.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED, that the Plaintiff's Motion is hereby granted, and the Court, contemporaneously herewith, enters the "Settlement Agreement and Permanent Injunction" between Plaintiff, Dottie Beck, and Defendant, Beverly West, as agreed to in mediation.

_____
Herman J. Weber, Senior Judge
United States District Court

P:\RKPT\Data\wp\DAN\L2561 0001 (Order Reopening Case).doc